```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

RUBY L. PORTIS,                   :

    Plaintiff,                    :

vs.                               :
                                        CIVIL ACTION 06-0038-M

JO ANNE B. BARNHART,              :
Acting Commissioner of
Social Security,                  :

    Defendant.                    :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Ruby L. Portis and against Defendant Jo Anne B. Barnhart.

DONE this 12th day of July, 2006.

                                              s/BERT W. MILLING, JR.
                                              UNITED STATES MAGISTRATE JUDGE