```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

RUBY L. PORTIS,                       :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :   CIVIL ACTION 06-0038-M
                                      :
JO ANNE B. BARNHART,                  :
Commissioner of                       :
Social Security,                      :
                                      :
    Defendant.                        :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be **GRANTED** as set out in the Memorandum Opinion and Order entered this date and that Plaintiff's counsel be **AWARDED** an EAJA fee in the amount of $912.50.  No costs are taxed.

DONE this 18th day of December, 2006.

                                      <u>s/BERT W. MILLING, JR.</u>
                                      UNITED STATES MAGISTRATE JUDGE